IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA, et al., | 1:10cv0147 LJO DLB |
| Plaintiff, | ORDER TO SUBMIT ADDITIONAL BRIEFING |
| vs. | |
| CITY OF FRESNO, | |
| Defendant. | |

On July 11, 2010, Plaintiff Guadalupe Fonseca filed a petition for appointment of guardian ad litem. The petition seeks to appoint Plaintiff's natural sister, Mary Guerrero, as guardian.

Although the petition states that Ms. Guerrero "is a competent and responsible person, and fully competent to act as Plaintiff's guardian ad litem," Plaintiff presents no facts to allow the Court to make such a determination.

The Court therefore ORDERS Plaintiff to submit additional information, such as Ms. Guerrero's age, to allow the Court to rule on the petition, within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 11, 2010**           **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1