IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA, et al., ) | 1:10cv0147 LJO DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | PETITION FOR APPOINTMENT OF |
| ) | GUARDIAN AD LITEM |
| vs. ) | (Document 11) |
| ) | |
| CITY OF FRESNO, ) | |
| ) | |
| Defendant. ) | |

On June 11, 2010, Plaintiff Guadalupe Fonseca filed a petition for appointment of guardian ad litem. The petition seeks to appoint Plaintiff's natural sister, Mary Guerrero, as guardian. On June 24, 2010, pursuant to the Court's order, Plaintiff provided additional information.

Plaintiff's petition is GRANTED. Mary Guerrero shall be appointed guardian ad litem for Plaintiff Guadalupe Fonseca.

IT IS SO ORDERED.

Dated: **June 25, 2010**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1