James J. Arendt, Esq.         Bar No. 142937
Brande L. Gustafson, Esq.     Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, | CASE NO. 1:10-CV-00147-LJO-DLB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 26) as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Designation of Expert Witnesses | August 5, 2011 | September 30, 2011 |
| Supplemental Expert Designation | August 19, 2011 | October 14, 2011 |
| Non-Expert Discovery Cutoff | September 2, 2011 | October 14, 2011 |
| Expert Discovery Cutoff | September 2, 2011 | October 28, 2011 |

DATED: July 15, 2011

                    WEAKLEY & ARENDT, LLP

By:   /s/ James J. Arendt
      James J. Arendt
      Attorneys for Defendants
      CITY OF FRESNO and MARK WILCOX

Stipulation and Order

1
2  DATED: July 15, 2011
3                                                                                OFFICE OF THE ATTORNEY GENERAL
4
                                                      By:    /s/ Stephen C. Pass
5                                                            Stephen C. Pass, Esq.
                                                             Attorneys for Defendant
6                                                            OFFICER MIKE TRENHOLM
7
8  DATED: July 15, 2011
                                                             LAW OFFICES OF DALE K. GALIPO
9
10                                                    By:    /s/ Dale K. Galipo
                                                             Dale K. Galipo
11                                                           Attorney for Plaintiffs
12
13                                                 ORDER
14
     The modification of this Court's Scheduling Order set forth in this Order shall not constitute
15
   any part of good cause to modify any other dates set as part of this Court's Scheduling Order.
16
     All other scheduled dates shall remain as previously set.
17
     IT IS SO ORDERED.
18
        Dated:   **July 15, 2011**                    **/s/ Dennis L. Beck**
19                                                   UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

Stipulation and Order                            2