LAW OFFICES OF DALE GALIPO
Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
Melanie T. Partow, State Bar No. 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GUADALUPE FONSECA AND PAULA FONSECA, | Case No.: 10-00147 LJO DLB |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** |
| vs. | (Document 36) |
| CITY OF FRESNO and DOES 1-10, inclusive, | |
| Defendants. | |

Having reviewed Plaintiffs' Notice of Request to Seal Documents, Plaintiffs' Request to Seal Documents, and Plaintiffs' [Proposed] Sealed Documents, and GOOD CAUSE appearing therefore, Plaintiffs' Request to Seal Documents is hereby GRANTED.  The following documents SHALL BE SEALED for the duration of Mr. Guadalupe Fonseca's life and cannot be unsealed without a subsequent order from this Court:

1. Exhibit C to the Declaration of Melanie T. Partow in Opposition to Defendants' Motion to Compel the Deposition of Guadalupe Fonseca;

2. Exhibit D to the Declaration of Melanie T. Partow in Opposition to Defendants' Motion to Compel the Deposition of Guadalupe Fonseca; and

3.      The following sections of Plaintiffs' Opposition to Defendants' Motion to Compel:

-page 3, lines 21-22

-page 4, lines 2-3

-page 9, lines 13-14, 16, 26-27

-page 10, lines 11-18, 21-27

-page 11, lines 3-7

-page 14, lines 24-27

-page 15, lines 2-3

Plaintiffs SHALL SUBMIT a version of their Opposition to Defendants' Motion to Compel reflecting these redactions within five (5) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 19, 2011**                                                /s/ Dennis L. Beck
                                                                                          UNITED STATES MAGISTRATE JUDGE