James J. Arendt, Esq.          Bar No. 142937
Brande L. Gustafson, Esq.      Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, | CASE NO. 1:10-CV-00147-LJO-DLB |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 31) as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Designation of Expert Witnesses | September 30, 2011 | November 4, 2011 |
| Supplemental Expert Designation | October 14, 2011 | December 2, 2011 |
| Expert Discovery Cutoff | October 28, 2011 | December 9, 2011 |

///

///

///

///

---
Stipulation and Order

| | | |
|---|---|---|
| 1 | DATED: September 30, 2011 | |
| 2 | | WEAKLEY & ARENDT, LLP |

DATED: September 30, 2011

WEAKLEY & ARENDT, LLP

By:  /s/ James J. Arendt
James J. Arendt
Brande L. Gustafson
Attorneys for Defendants
CITY OF FRESNO and MARK WILCOX

DATED: September 30, 2011

KAMALA D. HARRIS
Attorney General of California
STEVEN M. GEVERCER
Senior Assistant Attorney General

By:  /s/ Stephen C. Pass
Stephen C. Pass
Deputy Attorney General
Attorneys for Defendant
OFFICER MIKE TRENHOLM

DATED: September 30, 2011

LAW OFFICES OF DALE K. GALIPO

By:  /s/ Melanie T. Partow
Dale K. Galipo
Melanie T. Partow
Attorneys for Plaintiff GUADALUPE FONSECA

DATED: September 30, 2011

LAW OFFICES OF HUMBERTO GUIZAR

By:  /s/ Humberto Guizar
Humberto Guizar
Attorneys for Plaintiff PAULA FONSECA

IT IS SO ORDERED.

Dated:   **October 3, 2011**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE