James J. Arendt, Esq.          Bar No. 142937
Brande L. Gustafson, Esq.      Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 1:10-CV-00147-LJO-DLB <br><br> **STIPULATION AND ORDER** |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 31) as to the depositions for the following experts: Bipin K. Joshi, M.D., Ricard Townsend, M.D., Kunjan Bhakta, M.D., Roger A. Clark. The current deadline for expert depositions is December 9, 2011. The parties stipulate that the expert deposition discovery deadline be extended to January 27, 2012 just as to the foregoing experts.

DATED: December 8, 2011

                                                        WEAKLEY & ARENDT, LLP

                                      By:   /s/ Brande L. Gustafson
                                              James J. Arendt
                                              Brande L. Gustafson
                                              Attorneys for Defendants
                                              CITY OF FRESNO and MARK WILCOX

Stipulation and Order

| | | |
|---|---|---|
| 1 | DATED: December 8, 2011 | |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | STEVEN M. GEVERCER<br>Senior Assistant Attorney General |

By:  /s/ Stephen C. Pass
Stephen C. Pass
Deputy Attorney General
Attorneys for Defendant
OFFICER MIKE TRENHOLM

DATED: December 8, 2011

LAW OFFICES OF DALE K. GALIPO

By:  /s/ Dale K. Galipo
Dale K. Galipo
Melanie T. Partow
Attorneys for Plaintiff GUADALUPE FONSECA

DATED: December 8, 2011

LAW OFFICES OF HUMBERTO GUIZAR

By:  /s/ Humberto Guizar
Humberto Guizar
Attorneys for Plaintiff PAULA FONSECA

IT IS SO ORDERED.

Dated:   **December 9, 2011**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                              2