James J. Arendt, Esq.        Bar No. 142937
Brande L. Gustafson, Esq.    Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, | ) ) ) | CASE NO. 1:10-CV-00147-LJO-DLB |
| Plaintiffs, | ) ) | **STIPULATION AND ORDER** |
| vs. | ) ) | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 31) as to the depositions for the following experts: Bipin K. Joshi, M.D., Ricard Townsend, M.D., Kunjan Bhakta, M.D., Roger A. Clark.  The current deadline for expert depositions is December 9, 2011. The parties stipulate that the expert deposition discovery deadline be extended to January 27, 2012 just as to the foregoing experts.


DATED: December 8, 2011

                                        WEAKLEY & ARENDT, LLP


                                        By:    /s/ Brande L. Gustafson
                                               James J. Arendt
                                               Brande L. Gustafson
                                               Attorneys for Defendants
                                               CITY OF FRESNO and MARK WILCOX

1    DATED: December 8, 2011

2                                                KAMALA D. HARRIS
                                                 Attorney General of California
3                                                STEVEN M. GEVERCER
                                                 Senior Assistant Attorney General

4

5                                        By:     /s/ Stephen C. Pass
                                                 Stephen C. Pass
6                                                Deputy Attorney General
                                                 Attorneys for Defendant
7                                                OFFICER MIKE TRENHOLM

8

9    DATED: December 8, 2011

10                                               LAW OFFICES OF DALE K. GALIPO

11                                       By:     /s/ Dale K. Galipo
12                                               Dale K. Galipo
                                                 Melanie T. Partow
13                                               Attorneys for Plaintiff GUADALUPE FONSECA

14   DATED: December 8, 2011

15                                               LAW OFFICES OF HUMBERTO GUIZAR

16                                       By:     /s/ Humberto Guizar
17                                               Humberto Guizar
                                                 Attorneys for Plaintiff PAULA FONSECA

18

19       IT IS SO ORDERED.

20   **Dated:   December 9, 2011**          /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

_____
Stipulation and Order                    2