1 | James J. Arendt, Esq.                Bar No. 142937
2 | Brande L. Gustafson, Esq.       Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, | CASE NO. 1:10-CV-00147-LJO-DLB |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 72) only as it pertains to taking the deposition of Plaintiffs' retained expert, Roger A. Clark. The current deadline for expert depositions is January 27, 2012. The parties stipulate that the expert deposition discovery deadline be extended to February 17, 2012 just as to the foregoing expert.

DATED: January 27, 2012

                                             WEAKLEY & ARENDT, LLP

                                    By:   /s/ Brande L. Gustafson
                                             James J. Arendt
                                             Brande L. Gustafson
                                             Attorneys for Defendants
                                             CITY OF FRESNO and MARK WILCOX

---
Stipulation and Order

DATED: January 27, 2012

        KAMALA D. HARRIS
        Attorney General of California
        STEVEN M. GEVERCER
        Senior Assistant Attorney General

By:   /s/ Stephen C. Pass
      Stephen C. Pass
      Deputy Attorney General
      Attorneys for Defendant
      OFFICER MIKE TRENHOLM

DATED: January 27, 2012

        LAW OFFICES OF DALE K. GALIPO

By:   /s/ Dale K. Galipo
      Dale K. Galipo
      Melanie T. Partow
      Attorneys for Plaintiff GUADALUPE FONSECA

DATED: January 27, 2012

        LAW OFFICES OF HUMBERTO GUIZAR

By:   /s/ Humberto Guizar
      Humberto Guizar
      Attorneys for Plaintiff PAULA FONSECA

IT IS SO ORDERED.

Dated:   **January 30, 2012**          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE