```
James J. Arendt, Esq.          Bar No. 142937
Brande L. Gustafson, Esq.      Bar No. 267130

        WEAKLEY & ARENDT, LLP
      1630 East Shaw Avenue, Suite 176
          Fresno, California  93710
          Telephone: (559) 221-5256
          Facsimile:  (559) 221-5262
```

Attorneys for Defendants CITY OF FRESNO and MARK WILCOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONSECA and PAULA FONSECA, | CASE NO. 1:10-CV-00147-LJO-DLB |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 72) only as it pertains to taking the deposition of Plaintiffs' retained expert, Roger A. Clark. The current deadline for expert depositions is January 27, 2012. The parties stipulate that the expert deposition discovery deadline be extended to February 17, 2012 just as to the foregoing expert.

DATED: January 27, 2012

                                                WEAKLEY & ARENDT, LLP

                                      By:   /s/ Brande L. Gustafson
                                                James J. Arendt
                                                Brande L. Gustafson
                                                Attorneys for Defendants
                                                CITY OF FRESNO and MARK WILCOX

Stipulation and Order

DATED: January 27, 2012

        KAMALA D. HARRIS
        Attorney General of California
        STEVEN M. GEVERCER
        Senior Assistant Attorney General

By:   /s/ Stephen C. Pass
       Stephen C. Pass
       Deputy Attorney General
       Attorneys for Defendant
       OFFICER MIKE TRENHOLM

DATED: January 27, 2012

        LAW OFFICES OF DALE K. GALIPO

By:   /s/ Dale K. Galipo
       Dale K. Galipo
       Melanie T. Partow
       Attorneys for Plaintiff GUADALUPE FONSECA

DATED: January 27, 2012

        LAW OFFICES OF HUMBERTO GUIZAR

By:   /s/ Humberto Guizar
       Humberto Guizar
       Attorneys for Plaintiff PAULA FONSECA

IT IS SO ORDERED.

Dated:  **January 30, 2012**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE