UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FONESCA, et al., | CASE NO. CV F 10-0147 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 80.) |
| CITY OF FRESNO, et al., | |
| Defendants. / | |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 19, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the March 5, 2012 motions in limine hearing and the March 20, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   February 15, 2012                    /s/ Lawrence J. O'Neill**

|   |                                  |
|---|----------------------------------|
| 1 | UNITED STATES DISTRICT JUDGE     |
| 2 |                                  |
| 3 |                                  |
| 4 |                                  |
| 5 |                                  |
| 6 |                                  |
| 7 |                                  |
| 8 |                                  |
| 9 |                                  |
|10 |                                  |
|11 |                                  |
|12 |                                  |
|13 |                                  |
|14 |                                  |
|15 |                                  |
|16 |                                  |
|17 |                                  |
|18 |                                  |
|19 |                                  |
|20 |                                  |
|21 |                                  |
|22 |                                  |
|23 |                                  |
|24 |                                  |
|25 |                                  |
|26 |                                  |
|27 |                                  |
|28 |                                  |