1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  GUADALUPE FONESCA, et al.,                    CASE NO. CV F 10-0147 LJO DLB

10                    Plaintiffs,           **ORDER AFTER SETTLEMENT**
                  vs.                        (Doc. 80.)
11
CITY OF FRESNO, et al.,
12
                    Defendants.
13 _____/

14        The parties' counsel notified this Court that settlement has been reached.  Pursuant to this

15 Court's Local Rule 160, this Court ORDERS the parties, **no later than March 19, 2012,** to file

16 appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action

17 has not been dismissed.

18        This Court VACATES all pending dates and matters, including the March 5, 2012 motions in

19 limine hearing and the March 20, 2012 trial.

20        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21 parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court

22 ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil

23 Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

24 appropriate.

25

26

27 IT IS SO ORDERED.

28 **Dated:    February 15, 2012              /s/ Lawrence J. O'Neill**

1                                        UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28