1  LAW OFFICES OF DALE GALIPO
   Dale K. Galipo, State Bar No. 144074
2  dalekgalipo@yahoo.com
   Melanie T. Partow, State Bar No. 254843
3  mpartow@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone (818) 347-3333
5  Facsimile   (818) 347-4118

6  *Attorneys for Plaintiff Guadalupe Fonseca*

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10

11

12  GUADALUPE FONSECA AND ) **Case No.: 10-00147 LJO (DOB)**
    PAULA FONSECA, )
13                    ) [*Honorable Lawrence J. O'Neil*]
              Plaintiffs, )
14                    ) **ORDER GRANTING STIPULATION**
        vs.           ) **TO DISMISS ENTIRE ACTION WITH**
15                    ) **PREJUDICE PURSUANT TO F.R.C.P.**
    CITY OF FRESNO and DOES 1-10, ) **41(a)(ii)**
    inclusive, )
16                    ) [Stipulation to Dismiss Entire Action with
              Defendants. ) Prejudice Pursuant to F.R.C.P. 41(s)(ii)
17                    ) *filed concurrently herewith*]
    _____ )
18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

3 Having reviewed the parties' Stipulation to Dismiss Entire Action with Prejudice pursuant to F.R.C.P. 41(a)(ii), and GOOD CAUSE appearing therefore, the stipulation is hereby GRANTED. The matter *Guadalupe Fonseca, et al., v. City of Fresno, et al.*, Case No. 10-CV-00147 LJO (DOB), pending in this District Court for the Eastern District of California, is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 4, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE