LAW OFFICES OF DALE GALIPO
Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
Melanie T. Partow, State Bar No. 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile   (818) 347-4118

*Attorneys for Plaintiff Guadalupe Fonseca*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GUADALUPE FONSECA AND PAULA FONSECA,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY OF FRESNO and DOES 1-10, inclusive,<br><br>            Defendants. | **Case No.: 10-00147 LJO (DOB)**<br><br>[*Honorable Lawrence J. O'Neil*]<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(ii)**<br><br>[Stipulation to Dismiss Entire Action with Prejudice Pursuant to F.R.C.P. 41(s)(ii) *filed concurrently herewith*] |

**ORDER**

Having reviewed the parties' Stipulation to Dismiss Entire Action with Prejudice pursuant to F.R.C.P. 41(a)(ii), and GOOD CAUSE appearing therefore, the stipulation is hereby GRANTED.  The matter *Guadalupe Fonseca, et al., v. City of Fresno, et al.*, Case No. 10-CV-00147 LJO (DOB), pending in this District Court for the Eastern District of California, is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 4, 2012**          /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE